1 | Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
  | Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2 | **FAZIO | MICHELETTI LLP**
  | 2410 Camino Ramon, Suite 315
3 | San Ramon, CA  94583
  | T:   925-543-2555
4 | F:   925-369-0344

5 | Thomas J. Misny, (admitted *pro hac vice*) (misnynt@netscape.net)
  | **THOMAS J. MISNY, M.D., INC.**
6 | 7319 Eagle Mills Road
  | Waite Hill, OH  44094
7 | T: 440-256-1950
  | F: 440-256-1950.
8 |
  | *Attorneys for Plaintiff Jeffrey Johnson, individually and*
9 | *on behalf of all others similarly situated.*

10 | Katherine M. Schon (Bar No. 288804) (katherine.schon@lw.com)
   | **Latham & Watkins LLP**
11 | 140 Scott Drive
   | Menlo Park, CA 94025
12 | T: 650-328-4600
   | F: 650-463-2600
13 |
   | Mark S. Mester (application *pro hac vice* forthcoming) (mark.mester@lw.com)
14 | Kathleen Lally (application *pro hac vice* forthcoming) (kathleen.lally@lw.com)
   | **Latham & Watkins LLP**
15 | 330 North Wabash Ave., Suite 2800
   | Chicago, IL 60611
16 | T: 312-876-7700
   | F: 312.993.9767
17 |
   | *Attorneys for Defendant Schiff Nutrition International, et al.*
18 |
   |                    **UNITED STATES DISTRICT COURT**
19 |
   |                    **NORTHERN DISTRICT OF CALIFORNIA**
20 |

| | |
|---|---|
| JEFFREY JOHNSTON, individually and on behalf of all others similarly situated, | Case No. 15-cv-03669-PJH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' RESPONSE TO COMPLAINT** |
| vs. | |
| SCHIFF NUTRITION INTERNATIONAL, INC., a Delaware corporation, and RECKITT BENCKISER LLC, a Delaware limited liability company, | |
| Defendants. | |



**STIPULATION**

After being advised of the filing the complaint in the present action, counsel for Defendants Schiff Nutrition International, Inc., and Reckitt Benckiser LLC agreed to accept service on behalf of their clients in exchange for Plaintiff Jeffrey Johnston's agreement to provide Defendants with 45 days from the date of service within which to answer or otherwise respond to the complaint. Having considered various factors, including the effect the additional time requested by Defendants would have on Plaintiff's counsels' schedules in the event Defendants respond to the complaint by way of a motion rather than an answer, as well as Defendants' counsel's schedule in the month of November, the parties have agreed to proceed as follows, subject to Court approval:

1. Defendants' counsel shall have until October 2, 2015, to answer or otherwise respond to the complaint;

2. In the event Defendants' counsel respond to the complaint with a motion or motions, Plaintiff's counsel shall have until November 2, 2015, to respond and Defendants' counsel will have until November 13, 2015 to reply;

3. The hearing of any motion shall be set for a date that is mutually agreeable to the parties and the Court.

IT IS SO STIPULATED.

DATED:  September 2, 2015         FAZIO | MICHELETTI LLP


                                  by  /s/ Dina E. Micheletti
                                      Dina E. Micheletti

                                  Attorneys for Plaintiff
                                  Jeffrey Johnston, on behalf of himself
                                  and all others similarly situated


Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below:

-1-

1  DATED: September 2, 2015          **LATHAM & WATKINS LLP**

2                                     by  /s/ *Katherine M. Schon*
                                              Katherine M. Schon
3
                                      Attorneys for Defendants
4                                     Schiff Nutrition International, Inc., and
                                      Reckitt Benckiser LLC
5

6                                     **[~~PROPOSED~~] ORDER**

7
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
8

9   September  3  , 2015.

10

11                                    _____
                                      Hon. Phyllis J. Hamilton
12                                    United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

